UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEGO FERNANDO CUERVO MARIN, | CASE NO. C26-1071-KKE |
| Petitioner(s), | ORDER ON IFP APPLICATION |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent(s). | |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Diego Fernando Cuervo Marin is currently detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington. Dkt. No. 1. Petitioner, representing himself, has submitted to this Court for filing a proposed habeas petition (Dkt. No. 1) and an application to proceed *in forma pauperis* ("IFP") (Dkt. No. 1-1).

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). Under Local Rule 3(c)(1), a litigant must use the IFP application "approved for use in this district[.]" Local Rules W.D. Wash. LCR 3(c)(1). Here, Petitioner submitted his application using the wrong form: a "fee waiver" form for use in immigration proceedings. *See* Dkt. No. 1-1. Thus, on March 30, 2026, the Court notified Petitioner of a filing deficiency, and mailed Petitioner a copy of the blank IFP form that is approved for use in this district. *See* Dkt. No. 2. Although

ORDER ON IFP APPLICATION - 1

Petitioner's IFP application does not comport with LCR 3(c)(1), his application affirmatively states that he is unable to pay a filing fee, and that his total average monthly income is $0.  Dkt. No. 1-1 at 1–2.  As such, Petitioner's application to proceed IFP is provisionally GRANTED.  Petitioner should nevertheless complete and submit a corrected IFP application as soon as he is able to do so.  Failure to submit a corrected IFP application using this district's form may result in revocation of Petitioner's IFP status.

Dated this 1st day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON IFP APPLICATION - 2